IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| Civil Action: | 15-cv-00166-WJM-NYW | Date: | July 2, 2015 |
|---|---|---|---|
| Courtroom Deputy: | Brandy Simmons | FTR: | NYW COURTROOM C-204 |

| *Parties* | *Counsel* |
|---|---|
| TAMMY FISHER, | *Randall R. Meyers* |
| **Plaintiff,** | |
| v. | |
| BRIAN KOOPMAN, | *J. Andrew Nathan* |
| LUKE HECKER, | |
| **Defendants.** | |

**COURTROOM MINUTES/MINUTE ORDER**

**MOTION HEARING**

Court in Session: 1:34 p.m.

Appearance of counsel. Nicholas Poppe appears with Mr. Nathan.

Argument held on Plaintiff's Motion for Leave to File First Amended Complaint [31] filed on May 20, 2015.

**ORDERED:** Plaintiff's Motion for Leave to File First Amended Complaint [31] is SUBMITTED and TAKEN UNDER ADVISEMENT.

**ORDERED:** Plaintiff's Motion for Leave to File First Amended Complaint [37] and Supplement [37-1] filed July 1, 2015, are STRICKEN from the record.

Court in Recess: 1:42 p.m.         Hearing concluded.         Total time in Court:    00:08